NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRGINIA LOVETT,**
*Petitioner,*

v.

**INTERNAL REVENUE SERVICE,**
*Respondent.*

---

2012-3030

---

Petition for review of an arbitrator's decision by Roger C. Williams.

---

## ON MOTION

---

## ORDER

Virginia Lovett moves for a 90-day extension of time, until April 17, 2012, to file her opening brief and to obtain counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

__JAN 3 1 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Virginia Lovett
     Christopher A. Bowen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 3 1 2012

JAN HORBALY
CLERK